ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB;<br><br>Plaintiff,<br>vs.<br><br>VILLAGE PASEO HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 244 VERTIGO TULIP; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02145-APG-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO SATICOY BAY LLC SERIES 244 VERTIGO TULIP'S MOTION TO DISMISS<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB (**BoNYM**) and Defendant Saticoy Bay LLC Series 244 Vertigo Tulip (**Saticoy**) stipulate as follows:

. . .

1

43064749;1

1. Saticoy filed its motion to dismiss on September 25, 2017. [ECF No. 12]. BoNYM's response is currently due on October 9, 2017.

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its reply. The new deadline for BoNYM to file its response to motion to dismiss shall be October 24, 2017.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay but rather to provide counsel an opportunity to meaningfully respond to the motion.

Dated: October 9, 2017

**AKERMAN LLP**

*/s/Tenesa S. Scaturro*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB*

**GEISENDORF & VILKIN, PLLC**

*/s/ Richard J. Vilkin*
RICHARD J. VILKIN, ESQ.
Nevada Bar No. 8301
2470 St. Rose Parkway, Suite 309
Las Vegas, NV 89074

*Attorney for Saticoy Bay LLC Series 244 Vertigo Tulip*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 12, 2017.

43064749;1