Richard J. Vilkin, Esq.
Nevada Bar No.: 8301
Geisendorf & Vilkin, PLLC
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Office phone: (702) 873-5868
Direct dial: (702) 476-3211
Email: Richard@gvattorneys.com
*Attorneys for defendant, counterclaimant,
cross-claimant and third-party plaintiff Saticoy Bay LLC
Series 244 Vertigo Tulip*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEOWNER ASSOCIATION SERVICES, INC.; VILLAGE PASEO HOMEOWNERS ASSOCIATION; and SATICOY BAY LLC SERIES 244 VERTIGO TULIP,<br><br>Defendants. | CASE NO.: 2:17-cv-02145-APG-NJK<br><br>STIPULATION BETWEEN ALL COUNSEL TO ALLOW DEFENDANT SATICOY BAY LLC SERIES 244 VERTIGO TULIP ONE ADDITIONAL WEEK TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS [FIRST REQUEST]; AND ORDER |
| SATICOY BAY LLC SERIES 244 VERTIGO TULIP,<br><br>Counterclaimant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006- | |

| | |
|---|---|
| 23CB | |
| Counterdefendant. | |
| SATICOY BAY LLC SERIES 244 VERTIGO TULIP, | |
| Cross-claimant, | |
| HOMEOWNER ASSOCIATION SERVICES, INC.; VILLAGE PASEO HOMEOWNERS ASSOCIATION, | |
| Cross-defendants. | |
| SATICOY BAY LLC SERIES 244 VERTIGO TULIP, | |
| Third-party plaintiff, | |
| v. | |
| KAREN THAPA and MADAN THAPA, | |
| Third-party defendants. | |

Defendant, counterclaimant, cross-claimant and third-party plaintiff, Saticoy Bay LLC Series 244 Vertigo Tulip ("Saticoy Bay"), together with all other parties appearing in this case by and through their undersigned attorneys, hereby stipulate and agree that Saticoy Bay may have one additional week to file its Reply Brief in Support of its Motion to Dismiss filed as Dkt. 12 on September 25, 2017. The current due date for the Reply Brief is October 24, 2017 and the requested one-week extension would make it due on October 31, 2017.

The reason for the requested extension is that Saticoy Bay is in the process of gathering evidence to be provided as part of the Reply Brief, which includes interviewing, gathering documents from and preparing declarations for two witnesses.

IT IS SO STIPULATED AND AGREED.

GEISENDORF & VILKIN, PLLC

/s/ Richard Vilkin

By: _____
   Richard Vilkin
   Nevada Bar No. 8301
   2470 St. Rose Parkway, Suite 309
   Las Vegas, Nevada 89074
   Phone: (702) 873-5868
   *Attorneys for defendant, counterclaimant and*
   *cross-claimant Saticoy Bay LLC Series 244 Vertigo Tulip*

AKERMAN, LLP

/s/ Tenesa Sacturro

By: _____
   Tenesa Scaturro, Esq.
   Nevada Bar No. 12488
   1160 Town Center Drive, Suite 330
   Las Vegas, NV
   Phone: (702) 634-5000
   *Attorneys For plaintiff and counterdefendant The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificate Holders Cwalt, Inc., Alternative Loan Trust 2006-23cb, Mortgage Pass-Through Certificates, Series 2006-23cb*

BOYACK, ORME & ANTHONY

/s/ Colli C. McKiever

By: _____
   Colli C. McKiever, Esq.
   Nevada Bar No. 13724
   7432 W. Sahara Ave., Suite 101
   Las Vegas, NV 89117
   Phone: (702) 562-3415

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 25, 2017.