ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for The Bank of New York Mellon
f/k/a the Bank of New York, as Trustee for the
Certificateholders CWALT, Inc., Alternative
Loan Trust 2006-23CB, Mortgage Pass-
Through Certificates, Series 2006-23CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB;<br><br>        Plaintiff,<br><br>vs.<br><br>HOMEOWNER ASSOCIATION SERVICES, INC.; VILLAGE PASEO HOMEOWNERS ASSOCIATION; and SATICOY BAY LLC SERIES 244 VERTIGO TULIP,<br><br>        Defendants. | Case No.:    2:17-cv-2145-APG-NJK<br><br>**STIPULATION TO STAY** |
| SATICOY BAY LLC SERIES 244 VERTIGO TULIP,<br><br>        Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB,<br><br>        Counterdefendant. | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

SATICOY BAY LLC SERIES 244 VERTIGO TULIP,

Crossclaimant,

vs.

HOMEOWNER ASSOCIATION SERVICES, INC., VILLAGE PASEO HOMEOWNERS ASSOCIATION,

Crossdefendants.

SATICOY BAY LLC SERIES 244 VERTIGO TULIP,

Third-party Plaintiff,

vs.

KAREN THAPA AND MADAN THAPA,

Third-Party Defendants.

Defendant The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB (**BoNYM**), Plaintiff Saticoy Bay LLC Series 244 Vertigo Tulip (**Plaintiff**) and Defendant Village Paseo Homeowners Association (**HOA**) respectfully request a stay

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

43458831;1

2

of any and all claims in this matter pending the Eighth Judicial District Court's decision regarding Plaintiff's motion for default judgment and BoNYM's opposition and motion to set aside default, quash service and dismiss, in case number A-17-751660-C. The parties request the stay as a matter of judicial economy and efficiency and not for purposes of undue delay. The parties stipulate and agree to file a status report within thirty (30) days of the court granting the stipulation to stay regarding the outcome of the pending motion practice in case number A-17-751660-C. The hearing on these issues is set for January 18, 2018.

Dated: December 21, 2017.

| GEISENDORF & VILKIN, PLLC | AKERMAN LLP |
|---|---|
| BY: /s/ Richard J. Vilkin<br>RICHARD J. VILKIN, ESQ.<br>Nevada Bar No. 8301<br>2470 St. Rose Parkway, Ste. 309<br>Henderson, NV 89074<br><br>*Attorneys for Saticoy Bay LLC Series 244 Vertigo Tulip* | BY: /s/ Tenesa S. Scaturro<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 N. Town Center Drive, Ste. 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys The Bank of New York Mellon f/k/a the Bank of New York* |
| BOYACK ORME & ANTHONY<br><br>BY: /s/ Colli McKiever<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI McKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Avenue, Ste. 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys Village Paseo Homeowners Association* | |

## ORDER

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 22, 2017

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572