1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 TENESA POWELL, ESQ.
Nevada Bar No. 12488
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: tenesa.powell@akerman.com

7 *Attorneys for The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB;<br><br>Plaintiff,<br><br>vs.<br><br>HOMEOWNER ASSOCIATION SERVICES, INC.; VILLAGE PASEO HOMEOWNERS ASSOCIATION; and SATICOY BAY LLC SERIES 244 VERTIGO TULIP,<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 244 VERTIGO TULIP,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB,<br><br>Counterdefendant. | Case No.: 2:17-cv-02145-APG-NJK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)**<br><br>**ORDER** |

44485500;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

|  |  |
|---|---|
| SATICOY BAY LLC SERIES 244 VERTIGO TULIP, | |
| Crossclaimant, | |
| vs. | |
| HOMEOWNER ASSOCIATION SERVICES, INC., VILLAGE PASEO HOMEOWNERS ASSOCIATION, | |
| Crossdefendants. | |
| SATICOY BAY LLC SERIES 244 VERTIGO TULIP, | |
| Third-party Plaintiff, | |
| vs. | |
| KAREN THAPA AND MADAN THAPA, | |
| Third-Party Defendants. | |

## **STIPULATION FOR VOLUNTARY DISMISSAL**
## **WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)**

PLEASE TAKE NOTE that Plaintiff The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB (**BoNYM**) and Defendants Saticoy Bay LLC Series 244 Vertigo Tulip (**Saticoy**) and Village Paseo Homeowners Association (**HOA**)[1] by and through their respective counsel of record, hereby stipulate and agree to dismiss this action as to all parties and claims without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Homeowner Association Services, Inc. has not appeared in the case.

44485500;1         2

1  Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: March 26, 2018.

| **GEISENDORF & VILKIN, PLLC**<br><br>BY: */s/ Richard J. Vilkin*<br>RICHARD J. VILKIN, ESQ.<br>Nevada Bar No. 8301<br>2470 St. Rose Parkway, Ste. 309<br>Henderson, NV 89074<br><br>*Attorneys for Saticoy Bay LLC Series 244 Vertigo Tulip* | **AKERMAN LLP**<br><br>BY: */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys The Bank of New York Mellon f/k/a the Bank of New York* |
|---|---|
| **BOYACK ORME & ANTHONY**<br><br>BY: */s/ Colli McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI McKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Avenue, Ste. 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys Village Paseo Homeowners Association* | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 10, 2018.

44485500;1   3